UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:
INTERNATIONAL TOBACCO PARTNERS, LTD.,	Case No. 10-74894-AST
	Chapter 11

                            Debtor.

----------------------------------------------------------------X

## ORDER PROHIBITING UNAUTHORIZED CONTACT WITH CHAMBERS

WHEREAS, the above referenced case was filed under Chapter 11 of the Bankruptcy Code on June 25, 2010; and

WHEREAS, during the administration of this cases Debtor's counsel has on several occasions directly contacted Judge Trust's chambers staff via telephone, in repeated violation of this Court's procedures, which procedures have been published on this Court's publicly available website since early May 2008; and

WHEREAS, despite being requested that Debtor's counsel cease such impermissible contact, such prohibited contact has continued.

Based on the foregoing, it is hereby

**ORDERED,** that Debtor's counsel and counsel's staff shall not contact Judge Trust's chambers staff via telephone; this includes any prohibited contact by counsel or counsel's staff with this Court's Judicial Assistant, Law Clerks, and Courtroom Deputy; and it is further

**ORDERED,** that any future contact by Debtor's counsel and/or counsel's staff with chambers in violation of this Order and this Court's published procedures shall subject Debtor's counsel to sanctions.



**Dated: September 16, 2010**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**

**SERVICE LIST:**

Gary B Sachs
Sachs & Associates, PLLC
East Tower 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437