# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: dbernard | Date Created: 9/17/2010 |
| Case: 8−10−74894−ast | Form ID: pdf000 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.LI.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     Gary B Sachs      Sachs &Associates, PLLC      East Tower 15th Floor      1425 RXR Plaza      Uniondale, NY 11556−1425

TOTAL: 1