PRYOR & MANDELUP, L.L.P.
Attorneys for Plaintiff
A. Scott Mandelup, Esq.
675 Old Country Road
Westbury, New York 11590
(516) 997-0999
asm@pryormandelup.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re :

INTERNATIONAL TOBACCO PARTNERS, LTD.

                        Debtors.
-----------------------------------------------------------X

Case No.: 10-74894(AST)

Chapter 11

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE,** that the undersigned, hereby appears as counsel for Jeffrey Avo Uvezian, in the above-captioned Chapter 11 bankruptcy case, and hereby demands, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be served in this adversary proceeding be given or served, as the case may be, to or upon the following:

> A. Scott Mandelup, Esq.
> Pryor & Mandelup, L.L.P.
> Attorneys for Jeffrey Avo Uvezian
> 675 Old Country Road
> Westbury, New York 11590
> (516) 997-0999 (Telephone)
> (516) 333-7333 (Telecopier)
> E-mail: asm@pryormandelup.com

        **PLEASE TAKE FURTHER NOTICE**, that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of

assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Dated: Westbury, New York
       August 1, 2012

                              PRYOR & MANDELUP, L.L.P.
                              Attorneys for Jeffrey Avo Uvezian

                       By: **_s/A. Scott Mandelup_**
                              A. Scott Mandelup
                              675 Old Country Road
                              Westbury, New York 11590
                              (516) 997-0999

TO:

Gary B. Sachs, Esq.
Tracy D. Banks, Esq.
SACHS & ASSOCIATES, PLLC
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 115560022

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza, Room 560
Central Islip, New York 11722
Attn: Alfred M. Dimino, Esq.