**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
In re :

**INTERNATIONAL TOBACCO PARTNERS, LTD.**

                      Debtor.

------------------------------------------------------------------X

Case No.: 10-74894-ast

Chapter 11

STATE OF NEW YORK    )
                        SS.:
COUNTY OF NASSAU    )

        Althea Barrett being duly sworn, deposes and says:

        I am not a party to the action, am over 18 years of age and reside in Saint Albans, New York.

        On the 2nd day of August, 2012, I served the within **NOTICE OF APPEARANCE AND REQUEST FOR RECEIPT OF NOTICES AND ALL OTHER DOCUMENTS** upon the following parties at their respective addresses by depositing a true copy in a postpaid properly addressed envelope in an official repository under the exclusive care and custody of the United States Post Office Department within the State of New York:

        SEE ANNEXED SERVICE LIST

                                             *s/ Althea Barrett*
                                               Althea Barrett

Sworn to before me this
2nd day of August, 2012

*s/ Michael Farina*
     NOTARY PUBLIC

**MICHAEL FARINA**
**Notary Public, State of New York**
**No. 02FA4991473**
**Qualified in Queens County**
**Commission Expires Feb. 3, 2014**

# Service List

Gary B. Sachs, Esq.
Tracy D. Banks, Esq.
SACHS & ASSOCIATES, PLLC
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 115560022

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza, Room 560
Central Islip, New York 11722
Attn: Alfred M. Dimino, Esq.