UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:                                                        Chapter 7
INTERNATIONAL TOBACCO PARTNERS, LTD

Case No. 10-74894 (AST)

                                          Debtor.          **AMENDED AFFIDAVIT**
-------------------------------------------------------------------X

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NASSAU         )

    I, Jeffrey Avo Uvezian, the President of International Tobacco Partners, Ltd., the above-

named Debtor, am fully familiar with all the information set forth on the annexed Schedules.  To

the best of my knowledge, information and belief, the attached Schedules are true and correct.

The Schedules are as of the Debtor's conversion date to a Chapter 7.

                                          9/27/12
                              Jeffrey Avo Uvezian

Sworn to before me this
27th day of September, 2012

Notary Public

GARY B. SACHS
Notary Public, State of New York
No. 02SA4809517
Qualified in Nassau County
Commission Expires Jan. 31, 2014

B6A (Official Form 6A) (12/07)

In re _Int'L Tibacco Partners, LTD_          Case No. _8-10-74894_
          Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| LEASE FOR SUITE 240 1010 NORTHERN BLVD GREAT NECK, NY 11021 | LEASEHOLD | | $0.00 | $8,000.00 |

_____ continuation sheets attached to the Schedule of Real Property

Sub-Total >                    (Total of this page)

Total >

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re _INT'L TOBACCO PARTNERS, LTD._
_____
                    Debtor

Case No. _8-10-74894_

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | a) CAPITAL ONE BANK 1010 NORTHERN BLVD) WHEAT NECK, NY 11021 b) Signature Bank Great Neck, NY 11021 | | <$1,515.04> $8/31/12 STATEMENT $28.65 8/31/12 STATEMENT |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Schmurgel Enterprises 1010 Northern Blvd Great Neck, NY 11021 1010 Northern Blvd Great Neck, NY 11021 | | $8,000 $10,000 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |

Sub-Total >
(Total of this page)

_____ continuation sheets attached to the Schedule of Personal Property

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

B6B (Official Form 6B) (12/07) - Cont.

In re _____          Case No. _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | INFORMATION TURNED OVER TO TRUSTEE | | UNKOWN |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | US CUSTOMS DUTY OWED ITP, LTD FOR DRAWBACK PRODUCT DESTRUCTION | | $10,000+/- |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Debtor has pending antitrust litigation to set aside MSA and use escrow deposits put up for MSA | | UNKOWN |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | 2 Trademarks for brands 180 (100%) and Cobra (50%) | | $10,000 estimate |

Sub-Total >
(Total of this page)

Sheet _____ of _____ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re _Int'l Tobacco Partners, Ltd._,                    Case No. _8-10-74894_
                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | Grimes Logistics Services 600 N. Ellis Rd. Jacksonville, FL Book Value of $500,000 | | $400,000 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | $4,581,282 59/100 US Cash Reserves Eastern Bank Deposited in Escrow for MSA Including DIP Loan From LPC in Missouri Escrow Account for Grand Tobacco (See Attached Eastern Bank Account Statement) | | Unkown |

Sub-Total >
(Total of this page)
Total >

Sheet _____ of _____ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  _Int'l Tobacco Partners, LTD_       Case No.  _8-10-74894_
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Tobacco Importers license to import tobacco products | | Unkown (must turn back to TTB) |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | miscellaneous office furniture 1010 Northern Blvd ste 240 great neck, NY | | $17,000 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | westy self storage lake success, NY | | |

Sub-Total >
(Total of this page)

Sheet _____ of _____ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

# ACCOUNT STATEMENT

ACCOUNT NUMBER: **M23606**

AUGUST 01, 2012 TO AUGUST 31, 2012

EASTERN BANK
265 FRANKLIN STREET, BOS301
BOSTON, MA 02110

INTERNATIONAL TOBACCO PARTNERS LTD
ATTN: JEFFREY AVO UVEZIAN
1010 NORTHERN BLVD, SUITE 240
GREAT NECK, NY 11021

| | |
|---|---|
| ACCOUNT NAME: | **CHARLESTON** |
| ACCOUNT NUMBER: | **M23606** |
| ACCOUNT OFFICER: | **THOMAS FURLONG**<br>**781-581-4257**<br>**t.furlong@easternbank.com** |
| ASSOCIATE: | **KAREN AMES**<br>**781-581-4224**<br>**k.ames@easternbank.com** |

## Activity Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| BEGINNING MARKET VALUE | 368,549.28 | 368,534.40 |
| CASH ADDITIONS | 0.00 | 709.94 |
| INCOME RECEIVED | 0.00 | 709.94 |
| CASH WITHDRAWALS | 0.00 | 709.94- |
| CHANGE IN MARKET VALUE | 0.00 | 695.06- |
| ENDING MARKET VALUE | 368,549.28 | 368,549.28 |
| TOTAL GAINS / LOSSES | 0.00 | 0.00 |

## Portfolio Summary



| | | MARKET VALUE | PERCENT |
|---|---|---|---|
| | CASH AND EQUIVALENTS | 368,549.28 | 100.0% |
| | Total | 368,549.28 | 100.0% |

# ACCOUNT STATEMENT    PAGE 2

ACCOUNT NUMBER: M23606
AUGUST 01, 2012 TO AUGUST 31, 2012

## Statement of Principal Investment Position

| DESCRIPTION | TICKER | SHARES | TOTAL MARKET/ TOTAL COST | MARKET PRICE/ COST PRICE | EST ANNUAL INCOME/ ACCRUED INC | CURRENT YIELD |
|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | |
| FEDERATED US TREASURY CASH RESERVE IS #125 | UTIXX | 367,779.250 | 367,779.25 367,779.25 | 1.00 1.00 | | |
| PRINCIPAL CASH | | | 0.00 | | | |
| * TOTAL CASH AND EQUIVALENTS | | | 367,779.25 367,779.25 | | 0.00 0.00 | 0.00 |
| TOTAL PRINCIPAL ASSETS | | | 367,779.25 367,779.25 | | 0.00 0.00 | 0.00 |

## Statement of Income Investment Position

| DESCRIPTION | TICKER | SHARES | TOTAL MARKET/ TOTAL COST | MARKET PRICE/ COST PRICE | EST ANNUAL INCOME/ ACCRUED INC | CURRENT YIELD |
|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | |
| INCOME CASH | | | 770.03 770.03 | | | |
| * TOTAL CASH AND EQUIVALENTS | | | 770.03 770.03 | | 0.00 0.00 | 0.00 |
| TOTAL INCOME ASSETS | | | 770.03 770.03 | | 0.00 0.00 | 0.00 |

## Account Activity Detail

| DATE | DESCRIPTION | PRINCIPAL CASH | INCOME CASH | COST | GAIN / LOSS |
|---|---|---|---|---|---|
| BEGINNING BALANCE | | 0.00 | 770.03 | 367,779.25 | |
| ENDING BALANCE | | 0.00 | 770.03 | 367,779.25 | 0.00 |

# ACCOUNT STATEMENT    PAGE 3

ACCOUNT NUMBER: **M23606**

AUGUST 01, 2012 TO AUGUST 31, 2012

## CLIENT DISCLOSURE

As part of the routine management of all accounts, Eastern Wealth Management utilizes a cash management process which invests all cash balances into money market mutual funds daily. Prior to a purchase, your funds are temporarily held in a general account with the Bank. Funds in this general account are considered deposits of Eastern Bank and are currently fully insured by the FDIC. If limits to FDIC insurance return as we anticipate on January 1, 2013, funds in the general account will be secured by US government securities pledged by the Bank and held at the Federal Reserve Bank of Boston. Eastern Wealth Management provides administrative services on behalf of the mutual funds including cash transfer, reconciliation and settlement. Eastern Wealth Management is compensated directly for these services by the mutual fund companies at the rate of up to 25 basis points (.0025) of the average fund balance per annum.

Eastern Wealth Management may receive investment related services from brokerage firms in exchange for brokerage it directs to those firms.

# ACCOUNT STATEMENT

ACCOUNT NUMBER: **M23614**

EASTERN BANK
265 FRANKLIN STREET, BOS301
BOSTON, MA 02110

AUGUST 01, 2012 TO AUGUST 31, 2012

INTERNATIONAL TOBACCO PARTNERS
LTD
ATTN: JEFFREY AVO UVEZIAN
1010 NORTHERN BLVD, SUITE 240
GREAT NECK, NY 11021

| | |
|---|---|
| ACCOUNT NAME: | **CITLAND** |
| ACCOUNT NUMBER: | **M23614** |
| ACCOUNT OFFICER: | **THOMAS FURLONG**<br>**781-581-4257**<br>t.furlong@easternbank.com |
| ASSOCIATE: | **KAREN AMES**<br>**781-581-4224**<br>k.ames@easternbank.com |

## Activity Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| BEGINNING MARKET VALUE | 722,947.82 | 722,929.43 |
| CASH ADDITIONS | 0.00 | 797.28 |
| INCOME RECEIVED | 0.00 | 797.28 |
| CASH WITHDRAWALS | 0.00 | 797.28- |
| CHANGE IN MARKET VALUE | 0.00 | 778.89- |
| ENDING MARKET VALUE | 722,947.82 | 722,947.82 |
| TOTAL GAINS / LOSSES | 0.00 | 0.00 |

## Portfolio Summary



| | MARKET VALUE | PERCENT |
|---|---|---|
| CASH AND EQUIVALENTS | 722,947.82 | 100.0% |
| Total | 722,947.82 | 100.0% |

# ACCOUNT STATEMENT    PAGE 2

ACCOUNT NUMBER: M23614

AUGUST 01, 2012 TO AUGUST 31, 2012

## Statement of Principal Investment Position

| DESCRIPTION | TICKER | SHARES | TOTAL MARKET/ TOTAL COST | MARKET PRICE/ COST PRICE | EST ANNUAL INCOME/ ACCRUED INC | CURRENT YIELD |
|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | |
| FEDERATED US TREASURY CASH RESERVE IS #125 | UTIXX | 721,898.590 | 721,898.59 721,898.59 | 1.00 1.00 | | |
| PRINCIPAL CASH | | | 0.00 | | | |
| * TOTAL CASH AND EQUIVALENTS | | | 721,898.59 721,898.59 | | 0.00 0.00 | 0.00 |
| TOTAL PRINCIPAL ASSETS | | | 721,898.59 721,898.59 | | 0.00 0.00 | 0.00 |

## Statement of Income Investment Position

| DESCRIPTION | TICKER | SHARES | TOTAL MARKET/ TOTAL COST | MARKET PRICE/ COST PRICE | EST ANNUAL INCOME/ ACCRUED INC | CURRENT YIELD |
|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | |
| FEDERATED US TREASURY CASH RESERVE IS #125 | UTIXX | 1.130 | 1.13 1.13 | 1.00 1.00 | | |
| INCOME CASH | | | 1,048.10 1,048.10 | | | |
| * TOTAL CASH AND EQUIVALENTS | | | 1,049.23 1,049.23 | | 0.00 0.00 | 0.00 |
| TOTAL INCOME ASSETS | | | 1,049.23 1,049.23 | | 0.00 0.00 | 0.00 |

## Account Activity Detail

| DATE | DESCRIPTION | PRINCIPAL CASH | INCOME CASH | COST | GAIN / LOSS |
|---|---|---|---|---|---|
| | BEGINNING BALANCE | 0.00 | 1,048.10 | 721,899.72 | |
| | ENDING BALANCE | 0.00 | 1,048.10 | 721,899.72 | 0.00 |

# ACCOUNT STATEMENT    PAGE 3

ACCOUNT NUMBER: M23614
AUGUST 01, 2012 TO AUGUST 31, 2012

## CLIENT DISCLOSURE

As part of the routine management of all accounts, Eastern Wealth Management utilizes a cash management process which invests all cash balances into money market mutual funds daily. Prior to a purchase, your funds are temporarily held in a general account with the Bank. Funds in this general account are considered deposits of Eastern Bank and are currently fully insured by the FDIC. If limits to FDIC insurance return as we anticipate on January 1, 2013, funds in the general account will be secured by US government securities pledged by the Bank and held at the Federal Reserve Bank of Boston. Eastern Wealth Management provides administrative services on behalf of the mutual funds including cash transfer, reconciliation and settlement. Eastern Wealth Management is compensated directly for these services by the mutual fund companies at the rate of up to 25 basis points (.0025) of the average fund balance per annum.

Eastern Wealth Management may receive investment related services from brokerage firms in exchange for brokerage it directs to those firms.

# ACCOUNT STATEMENT

EASTERN BANK
265 FRANKLIN STREET, BOS301
BOSTON, MA 02110

ACCOUNT NUMBER: **M23622**
AUGUST 01, 2012 TO AUGUST 31, 2012

INTERNATIONAL TOBACCO PARTNERS
LTD
ATTN: JEFFREY AVO UVEZIAN
1010 NORTHERN BLVD, SUITE 240
GREAT NECK, NY 11021

| | |
|---|---|
| ACCOUNT NAME: | **CHARLESTON/CITLAND** |
| ACCOUNT NUMBER: | **M23622** |
| ACCOUNT OFFICER: | **THOMAS FURLONG**<br>**781-581-4257**<br>**t.furlong@easternbank.com** |
| ASSOCIATE: | **KAREN AMES**<br>**781-581-4224**<br>**k.ames@easternbank.com** |

## Activity Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| BEGINNING MARKET VALUE | 21,864.52 | 21,863.61 |
| CASH ADDITIONS | 0.00 | 43.84 |
| INCOME RECEIVED | 0.00 | 43.84 |
| CASH WITHDRAWALS | 0.00 | 43.84- |
| CHANGE IN MARKET VALUE | 0.00 | 42.93- |
| ENDING MARKET VALUE | 21,864.52 | 21,864.52 |
| TOTAL GAINS / LOSSES | 0.00 | 0.00 |

## Portfolio Summary



| | MARKET VALUE | PERCENT |
|---|---|---|
| CASH AND EQUIVALENTS | 21,864.52 | 100.0% |
| Total | 21,864.52 | 100.0% |

# ACCOUNT STATEMENT

ACCOUNT NUMBER: M23622
AUGUST 01, 2012 TO AUGUST 31, 2012

## Statement of Principal Investment Position

| DESCRIPTION | TICKER | SHARES | TOTAL MARKET/ TOTAL COST | MARKET PRICE/ COST PRICE | EST ANNUAL INCOME/ ACCRUED INC | CURRENT YIELD |
|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | |
| FEDERATED US TREASURY CASH RESERVE IS #125 | UTIXX | 21,820,680 | 21,820.68 21,820.68 | 1.00 1.00 | | |
| PRINCIPAL CASH | | | 0.00 | | | |
| * TOTAL CASH AND EQUIVALENTS | | | 21,820.68 21,820.68 | | 0.00 0.00 | 0.00 |
| TOTAL PRINCIPAL ASSETS | | | 21,820.68 21,820.68 | | 0.00 0.00 | 0.00 |

## Statement of Income Investment Position

| DESCRIPTION | TICKER | SHARES | TOTAL MARKET/ TOTAL COST | MARKET PRICE/ COST PRICE | EST ANNUAL INCOME/ ACCRUED INC | CURRENT YIELD |
|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | |
| INCOME CASH | | | 43.84 43.84 | | | |
| * TOTAL CASH AND EQUIVALENTS | | | 43.84 43.84 | | 0.00 0.00 | 0.00 |
| TOTAL INCOME ASSETS | | | 43.84 43.84 | | 0.00 0.00 | 0.00 |

## Account Activity Detail

| DATE | DESCRIPTION | PRINCIPAL CASH | INCOME CASH | COST | GAIN / LOSS |
|---|---|---|---|---|---|
| | BEGINNING BALANCE | 0.00 | 43.84 | 21,820.68 | |
| | ENDING BALANCE | 0.00 | 43.84 | 21,820.68 | 0.00 |

# ACCOUNT STATEMENT   PAGE 3

ACCOUNT NUMBER: M23622
AUGUST 01, 2012 TO AUGUST 31, 2012

## CLIENT DISCLOSURE

As part of the routine management of all accounts, Eastern Wealth Management utilizes a cash management process which invests all cash balances into money market mutual funds daily.  Prior to a purchase, your funds are temporarily held in a general account with the Bank.  Funds in this general account are considered deposits of Eastern Bank and are currently fully insured by the FDIC.  If limits to FDIC insurance return as we anticipate on January 1, 2013, funds in the general account will be secured by US government securities pledged by the Bank and held at the Federal Reserve Bank of Boston.  Eastern Wealth Management provides administrative services on behalf of the mutual funds including cash transfer, reconciliation and settlement.  Eastern Wealth Management is compensated directly for these services by the mutual fund companies at the rate of up to 25 basis points (.0025) of the average fund balance per annum.

Eastern Wealth Management may receive investment related services from brokerage firms in exchange for brokerage it directs to those firms.

# ACCOUNT STATEMENT

ACCOUNT NUMBER: M23630

AUGUST 01, 2012 TO AUGUST 31, 2012

EASTERN BANK
265 FRANKLIN STREET, BOS301
BOSTON, MA 02110

INTERNATIONAL TOBACCO PARTNERS
LTD
ATTN: JEFFREY AVO UVEZIAN
1010 NORTHERN BLVD, SUITE 240
GREAT NECK, NY 11021

| | |
|---|---|
| ACCOUNT NAME: | **GRAND TOBACCO** |
| ACCOUNT NUMBER: | M23630 |
| ACCOUNT OFFICER: | **THOMAS FURLONG**<br>**781-581-4257**<br>**t.furlong@easternbank.com** |
| ASSOCIATE: | **KAREN AMES**<br>**781-581-4224**<br>**k.ames@easternbank.com** |

## Activity Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| BEGINNING MARKET VALUE | 1,984,257.15 | 1,984,245.26 |
| CASH ADDITIONS | 0.00 | 981,401.09 |
| INCOME RECEIVED | 0.00 | 20.06 |
| CASH WITHDRAWALS | 0.00 | 981,401.09- |
| CHANGE IN MARKET VALUE | 0.00 | 8.17- |
| ENDING MARKET VALUE | 1,984,257.15 | 1,984,257.15 |
| TOTAL GAINS / LOSSES | 0.00 | 0.00 |

## Portfolio Summary



| | MARKET VALUE | PERCENT |
|---|---|---|
| CASH AND EQUIVALENTS | 1,984,257.15 | 100.0% |
| Total | 1,984,257.15 | 100.0% |

# ACCOUNT STATEMENT    PAGE 2

ACCOUNT NUMBER: M23630
AUGUST 01, 2012 TO AUGUST 31, 2012

## Statement of Principal Investment Position

| DESCRIPTION | TICKER | SHARES | TOTAL MARKET/ TOTAL COST | MARKET PRICE/ COST PRICE | EST ANNUAL INCOME/ ACCRUED INC | CURRENT YIELD |
|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | |
| FEDERATED US TREASURY CASH RESERVE IS #125 | UTIXX | 1,983,799.480 | 1,983,799.48 1,983,799.48 | 1.00 1.00 | | |
| PRINCIPAL CASH | | | 0.00 | | | |
| * TOTAL CASH AND EQUIVALENTS | | | 1,983,799.48 1,983,799.48 | | 0.00 0.00 | 0.00 |
| TOTAL PRINCIPAL ASSETS | | | 1,983,799.48 1,983,799.48 | | 0.00 0.00 | 0.00 |

## Statement of Income Investment Position

| DESCRIPTION | TICKER | SHARES | TOTAL MARKET/ TOTAL COST | MARKET PRICE/ COST PRICE | EST ANNUAL INCOME/ ACCRUED INC | CURRENT YIELD |
|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | |
| FEDERATED US TREASURY CASH RESERVE IS #125 | UTIXX | 457.380 | 457.38 457.38 | 1.00 1.00 | | |
| INCOME CASH | | | 0.29 0.29 | | | |
| * TOTAL CASH AND EQUIVALENTS | | | 457.67 457.67 | | 0.00 0.00 | 0.00 |
| TOTAL INCOME ASSETS | | | 457.67 457.67 | | 0.00 0.00 | 0.00 |

## Account Activity Detail

| DATE | DESCRIPTION | PRINCIPAL CASH | INCOME CASH | COST | GAIN / LOSS |
|---|---|---|---|---|---|
| | BEGINNING BALANCE | 0.00 | 0.29 | 1,984,256.86 | |
| | ENDING BALANCE | 0.00 | 0.29 | 1,984,256.86 | 0.00 |

# ACCOUNT STATEMENT

ACCOUNT NUMBER: **M23630**
AUGUST 01, 2012 TO AUGUST 31, 2012

## CLIENT DISCLOSURE

As part of the routine management of all accounts, Eastern Wealth Management utilizes a cash management process which invests all cash balances into money market mutual funds daily. Prior to a purchase, your funds are temporarily held in a general account with the Bank. Funds in this general account are considered deposits of Eastern Bank and are currently fully insured by the FDIC. If limits to FDIC insurance return as we anticipate on January 1, 2013, funds in the general account will be secured by US government securities pledged by the Bank and held at the Federal Reserve Bank of Boston. Eastern Wealth Management provides administrative services on behalf of the mutual funds including cash transfer, reconciliation and settlement. Eastern Wealth Management is compensated directly for these services by the mutual fund companies at the rate of up to 25 basis points (.0025) of the average fund balance per annum.

Eastern Wealth Management may receive investment related services from brokerage firms in exchange for brokerage it directs to those firms.

# ACCOUNT STATEMENT

EASTERN BANK
265 FRANKLIN STREET, BOS301
BOSTON, MA 02110

ACCOUNT NUMBER: **M23648**
AUGUST 01, 2012 TO AUGUST 31, 2012

INTERNATIONAL TOBACCO PARTNERS
LTD
ATTN: JEFFREY AVO UVEZIAN
1010 NORTHERN BLVD, SUITE 240
GREAT NECK, NY  11021

| | |
|---|---|
| ACCOUNT NAME: | **INTERNATIONAL MASIS** |
| ACCOUNT NUMBER: | **M23648** |
| ACCOUNT OFFICER: | **THOMAS FURLONG**<br>**781-581-4257**<br>**t.furlong@easternbank.com** |
| ASSOCIATE: | **KAREN AMES**<br>**781-581-4224**<br>**k.ames@easternbank.com** |

## Activity Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| BEGINNING MARKET VALUE | 955,994.55 | 955,974.75 |
| CASH ADDITIONS | 0.00 | 804.82 |
| INCOME RECEIVED | 0.00 | 804.82 |
| CASH WITHDRAWALS | 0.00 | 804.82- |
| CHANGE IN MARKET VALUE | 0.00 | 785.02- |
| ENDING MARKET VALUE | 955,994.55 | 955,994.55 |
| TOTAL GAINS / LOSSES | 0.00 | 0.00 |

## Portfolio Summary



| | MARKET VALUE | PERCENT |
|---|---|---|
| CASH AND EQUIVALENTS | 955,994.55 | 100.0% |
| Total | 955,994.55 | 100.0% |

# ACCOUNT STATEMENT    PAGE 2

ACCOUNT NUMBER: M23648
AUGUST 01, 2012 TO AUGUST 31, 2012

## Statement of Principal Investment Position

| DESCRIPTION | TICKER | SHARES | TOTAL MARKET/ TOTAL COST | MARKET PRICE/ COST PRICE | EST ANNUAL INCOME/ ACCRUED INC | CURRENT YIELD |
|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | |
| FEDERATED US TREASURY CASH RESERVE IS #125 | UTIXX | 954,789.630 | 954,789.63 954,789.63 | 1.00 1.00 | | |
| PRINCIPAL CASH | | | 0.00 | | | |
| * TOTAL CASH AND EQUIVALENTS | | | 954,789.63 954,789.63 | | 0.00 0.00 | 0.00 |
| **TOTAL PRINCIPAL ASSETS** | | | 954,789.63 954,789.63 | | 0.00 0.00 | 0.00 |

## Statement of Income Investment Position

| DESCRIPTION | TICKER | SHARES | TOTAL MARKET/ TOTAL COST | MARKET PRICE/ COST PRICE | EST ANNUAL INCOME/ ACCRUED INC | CURRENT YIELD |
|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | |
| FEDERATED US TREASURY CASH RESERVE IS #125 | UTIXX | 1.970 | 1.97 1.97 | 1.00 1.00 | | |
| INCOME CASH | | | 1,202.95 1,202.95 | | | |
| * TOTAL CASH AND EQUIVALENTS | | | 1,204.92 1,204.92 | | 0.00 0.00 | 0.00 |
| **TOTAL INCOME ASSETS** | | | 1,204.92 1,204.92 | | 0.00 0.00 | 0.00 |

## Account Activity Detail

| DATE | DESCRIPTION | PRINCIPAL CASH | INCOME CASH | COST | GAIN / LOSS |
|---|---|---|---|---|---|
| | BEGINNING BALANCE | 0.00 | 1,202.95 | 954,791.60 | |
| | ENDING BALANCE | 0.00 | 1,202.95 | 954,791.60 | 0.00 |

# ACCOUNT STATEMENT    PAGE 3

ACCOUNT NUMBER: M23648
AUGUST 01, 2012 TO AUGUST 31, 2012

## CLIENT DISCLOSURE

As part of the routine management of all accounts, Eastern Wealth Management utilizes a cash management process which invests all cash balances into money market mutual funds daily. Prior to a purchase, your funds are temporarily held in a general account with the Bank. Funds in this general account are considered deposits of Eastern Bank and are currently fully insured by the FDIC. If limits to FDIC insurance return as we anticipate on January 1, 2013, funds in the general account will be secured by US government securities pledged by the Bank and held at the Federal Reserve Bank of Boston. Eastern Wealth Management provides administrative services on behalf of the mutual funds including cash transfer, reconciliation and settlement. Eastern Wealth Management is compensated directly for these services by the mutual fund companies at the rate of up to 25 basis points (.0025) of the average fund balance per annum.

Eastern Wealth Management may receive investment related services from brokerage firms in exchange for brokerage it directs to those firms.

# ACCOUNT STATEMENT

EASTERN BANK
265 FRANKLIN STREET, BOS301
BOSTON, MA 02110

ACCOUNT NUMBER: **M23655**

AUGUST 01, 2012 TO AUGUST 31, 2012

INTERNATIONAL TOBACCO PARTNERS LTD
ATTN: JEFFREY AVO UVEZIAN
1010 NORTHERN BLVD, SUITE 240
GREAT NECK, NY  11021

| | |
|---|---|
| ACCOUNT NAME: | **INTERNATIONAL TOBACCO** |
| ACCOUNT NUMBER: | **M23655** |
| ACCOUNT OFFICER: | **THOMAS FURLONG**<br>**781-581-4257**<br>**t.furlong@easternbank.com** |
| ASSOCIATE: | **KAREN AMES**<br>**781-581-4224**<br>**k.ames@easternbank.com** |

## Activity Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| BEGINNING MARKET VALUE | 527,669.27 | 527,651.31 |
| CASH ADDITIONS | 0.00 | 806.56 |
| INCOME RECEIVED | 0.00 | 806.56 |
| CASH WITHDRAWALS | 0.00 | 806.56- |
| CHANGE IN MARKET VALUE | 0.00 | 789.10- |
| ENDING MARKET VALUE | 527,669.27 | 527,669.27 |
| TOTAL GAINS / LOSSES | 0.00 | 0.00 |

## Portfolio Summary



| | MARKET VALUE | PERCENT |
|---|---|---|
| CASH AND EQUIVALENTS | 527,669.27 | 100.0% |
| Total | 527,669.27 | 100.0% |

# ACCOUNT STATEMENT    PAGE 2

ACCOUNT NUMBER: M23655

AUGUST 01, 2012 TO AUGUST 31, 2012

## Statement of Principal Investment Position

| DESCRIPTION | TICKER | SHARES | TOTAL MARKET/ TOTAL COST | MARKET PRICE/ COST PRICE | EST ANNUAL INCOME/ ACCRUED INC | CURRENT YIELD |
|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | |
| FEDERATED US TREASURY CASH RESERVE IS #125 | UTIXX | 526,689.020 | 526,689.02 526,689.02 | 1.00 1.00 | | |
| PRINCIPAL CASH | | | 0.00 | | | |
| * TOTAL CASH AND EQUIVALENTS | | | 526,689.02 526,689.02 | | 0.00 0.00 | 0.00 |
| TOTAL PRINCIPAL ASSETS | | | 526,689.02 526,689.02 | | 0.00 0.00 | 0.00 |

## Statement of Income Investment Position

| DESCRIPTION | TICKER | SHARES | TOTAL MARKET/ TOTAL COST | MARKET PRICE/ COST PRICE | EST ANNUAL INCOME/ ACCRUED INC | CURRENT YIELD |
|---|---|---|---|---|---|---|
| **CASH AND EQUIVALENTS** | | | | | | |
| INCOME CASH | | | 980.25 980.25 | | | |
| * TOTAL CASH AND EQUIVALENTS | | | 980.25 980.25 | | 0.00 0.00 | 0.00 |
| TOTAL INCOME ASSETS | | | 980.25 980.25 | | 0.00 0.00 | 0.00 |

## Account Activity Detail

| DATE | DESCRIPTION | PRINCIPAL CASH | INCOME CASH | COST | GAIN / LOSS |
|---|---|---|---|---|---|
| | BEGINNING BALANCE | 0.00 | 980.25 | 526,689.02 | |
| | ENDING BALANCE | 0.00 | 980.25 | 526,689.02 | 0.00 |

# ACCOUNT STATEMENT     PAGE 3

## CLIENT DISCLOSURE

As part of the routine management of all accounts, Eastern Wealth Management utilizes a cash management process which invests all cash balances into money market mutual funds daily. Prior to a purchase, your funds are temporarily held in a general account with the Bank. Funds in this general account are considered deposits of Eastern Bank and are currently fully insured by the FDIC. If limits to FDIC insurance return as we anticipate on January 1, 2013, funds in the general account will be secured by US government securities pledged by the Bank and held at the Federal Reserve Bank of Boston. Eastern Wealth Management provides administrative services on behalf of the mutual funds including cash transfer, reconciliation and settlement. Eastern Wealth Management is compensated directly for these services by the mutual fund companies at the rate of up to 25 basis points (.0025) of the average fund balance per annum.

Eastern Wealth Management may receive investment related services from brokerage firms in exchange for brokerage it directs to those firms.

B6D (Official Form 6D) (12/07)

In re _INT'L TOBACCO PARTNERS, LTD_
_____
                    Debtor

Case No. _8-10-74894_

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | | |
| | | | | J | | | | | | |
| Account No. | | | | | Miscellaneous office furniture | | | | | |
| Capital One Equip. Leasing 99 Jericho Turnpike Jericho, NY 11753 | | | | | Value $ 17,000 | | | | $4,700.00 | $0.00 |
| Account No. | | | | | DIP LOAN FOR ESCROW DUE GRAND TOBACCO IN MO. APPROVED APRIL 2011 | | | | | |
| LPC, INC 91 Larkin Williams IND CT FENTON, MO 63026 | | | | | Value $ 981,000 | | | | $981,000 | $0.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

_____ continuation sheets attached

Subtotal
(Total of this page) $985,700   $0.00

B6E (Official Form 6E) (12/07)

In re _Int'l Tobacco Partners, LTD_ ,                    Case No. _8-10-74894_
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re _Int'l Tobacco Partners, Ltd_ Case No. _8-10-74894_
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. State of Mississippi POB 1033 Jackson, MS 39215 | | | Unpaid NPM Equity Fee with Interest July 2011 (?) | | | | $5,190.18 | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet _____ of _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $5,190.18 |
| Total (Report on Summary of Schedules) | $5,190.18 |

B6F (Official Form 6F) (12/07)

In re  *INT'L TOBACCO PARTNERS, LTD*  Case No.  *8-10-74894*
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** Primmer, Piper et al P.O. Box 1489 150 South Champlain St. Burlington, VT 05402 | | | | | legal fees | | | | $671.00 |
| **Account No.** Seyforth Shaw LLP 620 Eight Avenue New York, NY 10018-1405 | | | | | legal fees for Representation of CITLAND LTD. | | | | $25,000.00 |
| **Account No.** USDA Beacon Facility Mail Stop 8568 PO Box 419205 Kansas City, MO 64141 | | | | | Tobacco Buyout Assessments (Approx $1,200,000 owed to filing date and $1,600,000 owed in future after filing) | | | | $2,800,000 |
| **Account No.** | | | | | | | | | |

1   continuation sheets attached   SEE ATTACHED LIST OF UNPAID CREDITOR DIP OBLIGATIONS

Subtotal (Total of this page)   $2,800,000

## List of Unpaid Creditor DIP Obligations

| Vendor Name | Vendor Address | | Total Owed |
|---|---|---|---|
| ADP | 2 Huntington Quadrangle, Melville, NY 11747 | $ | 74.75 |
| Capital One, N.A. | PO Box 1439, Mattituck, NY 11952 | $ | 454.65 |
| Capital One Leasing | PO Box 1439, Mattituck, NY 11952 | $ | 4,700.00 |
| Corporation Service Company | 2711 Centerville Rd, Suite 400, Wilmington, DE 19808 | $ | 2,858.36 |
| CT Corporation | PO Box 4349, Carol Stream, IL 60197 | $ | 150.00 |
| Dept of the Treasury (TTB) | 8002 Federal Office Building, 550 Main St, Cincinnati, OH 45202 | $ | 12,909.74 |
| Eastern Bank | 605 Broadway LF 42, Saugus, MA 01906 | $ | 51,336.67 |
| FDA | PO Box 70963, Charlotte, NC 28272 | $ | 100,000.00 |
| Grimes Warehousing | 600 North Ellis Rd, Jacksonville, FL 32236 | $ | 4,685.16 |
| Horizon Blue Cross | PO Box 1738, Newark, NJ 07101 | $ | 92.40 |
| John S James | 1739 E 11th St, Jacksonville, FL 32206 | $ | 6,822.39 |
| Katz, Fierro & Felderman, LLP | 55 Northern Blvd, Great Neck, NY 11021 | $ | 31,440.00 |
| LPC | 91 Larkins Williams Ind Ct, Fenton, MO 63026 | $ | 987,000.00 |
| MSA for GT & IMT Escrow | | $ | 758,204.38 |
| Netsource Partners LLC | 145 Wynsum Ave, Merrick, NY 11566 | $ | 3,432.56 |
| Optimum Business | 1111 Stewart Ave, Bethpage, NY 11714 | $ | 891.50 |
| Poland Spring | #215, 6661 Dixie Hwy, Suite 4, Louisville, KY 40258 | $ | 2.96 |
| RMS/UPS | PO Box 20543, Lehigh Valley, PA 18002 | $ | 2,403.47 |
| Sachs & Associates | 1425 RXR Plaza, Uniondale, NY 11556 | $ | 25,000.00 |
| Schmergel Enterprises | 1010 Northern Blvd, Suite 200, Great Neck, NY 11021 | $ | 14,843.60 |
| SpecComm International | 3101 Poplarwood Ct, Suite 115, Raleigh, NC 27604 | $ | 152.25 |
| Staples Credit Plan | PO Box 689020, Des Moines, IA 50368 | $ | 328.21 |
| State of Mississippi | PO Box 1033, Jackson, MS 39215 | $ | 5,190.18 |
| Stinson, Morrison, Hecker, LLP | 1201 Walnut St, Kansas City, MO 64106 (Judges order - 59304.00) | $ | 11,630.00 |
| U.S. Trustee | 560 Federal Plaza, Central Islip, NY 11722 | $ | 13,975.00 |
| United Healthcare Oxford | 48 Monroe Tpke, Trumbull, CT 06611 | $ | 14,827.39 |
| UPS Freight | PO Box 533238, Charlotte, NC 28290 | $ | 4,573.87 |
| USDA | 1400 Independence Ave, SW, Washington, DC 20250 | $ | 321,000.00 |
| Vintage Rockefeller Cigar Group | 480 Forest Ave, Suite 526, Locust Valley, NY 11560 | $ | 45,000.00 |
| Westy Self Storage | 2400 Marcus Ave, Lake Success, NY 11042 | $ | 398.00 |
| | | $ | 2,424,377.49 |

B6G (Official Form 6G) (12/07)

In re _Int'l Tobacco Partners, Ltd._    Case No. _8-10-74894_
_____
                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| The 1010 Company<br>1010 Northern Blvd<br>Great Neck, NY 11021 | Lease Suite 240 |
| Westy Storage<br>Lake Success, NY | Storage unit for Inventory |

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re _Int'l Tobacco Partners, LTD._    Case No. _8-10-74894_
_____
Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Fourth Tier Investors LLC<br>480 Forest Avenue<br>Locust Valley, NY 11560 | THE 1010 Company<br>1010 Northern Blvd<br>Great Neck, NY 11024 |
| JAF, LLC<br>480 Forest Avenue<br>Locust Valley, NY 11560 | THE 1010 Company<br>1010 Northern Blvd<br>Great Neck, NY 11024 |
| Jeffrey Avo Uvezian<br>480 Forest Avenue<br>Locust Valley, NY 11560 | Capital One<br>Equipmnt + Leasing<br>PO Box 1439<br>Mattituck, NY 11952 |

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re _INT'L TOBACCO PARTNERS, LTD_
                                    Debtor(s)

Case No. _8-10-74894_

Chapter _7_

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | | |
|---|---|---|---|
| $10,279,000 | SALES 2009 | $3,036,000 | SALES 2010 |
| $12,300,000 | SALES 2008 | $2,786,750 | SALES 2011 |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $65,700 | MSA ESCROW 2008 |
| $11,300 | MSA ESCROW 2009 |
| $26,000 | MSA ESCROW 2010 |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Jeffrey Avo Uvezian<br>480 Forest Ave<br>Locust Valley, NY 11560 | Bi Weekly<br>( 2012 ) | $25,500 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Citland v- ITP, LTD | Goods sold And Delivered | US District Court - Central Islip, NY | Stayed / Pending |

None
☛

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

**None** ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

**None** ☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

**None** ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

**None** ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

**None** ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| SACHS &ASSOCS, PLLC EAST TOWER, 15TH FLOOR NY, NY 10021 | $175,086.16 (SEE ATTACHED LEDGER) | |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| BANK OF AMERICA LUEN COVE, NY | MONEY MARKET | SEPT. 2009 |
| CAPITAL ONE BANK MANHASSET, NY | acct# 714287 0341 MONEY MARKET | DEC. 2011 |

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Date:    09/20/2012

INTERNATIONAL TOBACCO PARTNERS LTD.

General Ledger

Jan. 1, 2011 To Dec. 31, 2011

Page 1

Client: LTD

F/y/e Dec. 31, 2011

| Account | Reference | Source | Description | Date | Debit | Credit | Balance |
|---------|-----------|--------|-------------|------|-------|--------|---------|
| 367 | Balance Forward | LEGAL FEES | | | | | .00 |
| | C/D    0000001080 | 7058 | SACHS AND ASSOCIATES | 01/26/2011 | 11,500.00 | | 11,500.00 |
| | C/D    0000001196 | 7098 | SACHS AND ASSOCIATES | 02/25/2011 | 11,500.00 | | 23,000.00 |
| | C/D    0000001295 | 7104 | GAVIN LAW OFFICES | 03/07/2011 | | | 23,000.00 |
| | C/D    0000001328 | 7137 | SACHS AND ASSOCIATES | 03/25/2011 | 11,500.00 | | 34,500.00 |
| | C/D    0000001530 | 7185 | SACHS AND ASSOCIATES | 05/06/2011 | | | 34,500.00 |
| | C/D    0000001531 | 7186 | SACHS AND ASSOCIATES | 05/11/2011 | 30,000.00 | | 64,500.00 |
| | C/D    0000001638 | 7221 | SACHS AND ASSOCIATES | 06/30/2011 | 9,888.00 | | 74,388.00 |
| | C/D    0000001737 | 7253 | SACHS AND ASSOCIATES | 07/25/2011 | 9,888.00 | | 84,276.00 |
| | C/D    0000001905 | 6947. | CORPORATION SERVICE | 08/01/2011 | | 215.84 | 84,060.16 |
| | C/D    0000001864 | 7293 | SACHS AND ASSOCIATES | 08/16/2011 | 5,000.00 | | 89,060.16 |
| | C/D    0000001876 | 7305 | GAVIN LAW OFFICES | 08/24/2011 | 3,138.00 | | 92,198.16 |
| | C/D    0000001998 | 7317 | SACHS AND ASSOCIATES | 09/09/2011 | 4,888.00 | | 97,086.16 |
| | C/D    0000002008 | 7328 | SACHS AND ASSOCIATES | 09/12/2011 | 20,000.00 | | 117,086.16 |
| | C/D    0000002177 | 7368 | SACHS AND ASSOCIATES | 10/21/2011 | 19,000.00 | | 136,086.16 |
| | C/D    0000002311 | 7398 | SACHS AND ASSOCIATES | 11/14/2011 | 19,000.00 | | 155,086.16 |
| | C/D    0000002319 | 7406 | ANDREA ECKLE | 11/23/2011 | 355.75 | | 155,441.91 |
| | C/D    0000002434 | 7433 | SACHS AND ASSOCIATES | 12/21/2011 | 20,000.00 | | 175,441.91 |
| | Ending Balance | | | | | | 175,441.91 |

|  | Total Debits | Total Credits |
|--|--------------|---------------|
|  | 175,657.75 | 215.84 |

Total = $175,086.16

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR                DATE OF SETOFF                AMOUNT OF SETOFF

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER        DESCRIPTION AND VALUE OF PROPERTY        LOCATION OF PROPERTY

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY
1010 *NORTHERN BLVD*             *INT'L TOGACCO PARTNERS(LTD)*      *MAY 2007 TO*
*STE 218*                                                           *JUNE 2008*
*GREAT NECK, NY 11021*

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
□      Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
□      the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
      docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None    a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
□      ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
      partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
      immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
      within **six years** immediately preceding the commencement of this case.

      *If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
      years** immediately preceding the commencement of this case.

      *If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
      ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six
      **years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
□

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

      *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
□      supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS *Chris Fierro 55 Northern Blvd Ste 404 Great Nrk NY 11021*    DATES SERVICES RENDERED *2007 to present*

*SAM Iovino 24 Bryce Ave Glen Cove NY 11542    7/2010 to 9/15/2012*

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME *Chris Fierro*    ADDRESS *55 Northern Blvd Ste 404 Great Nck NY 11021*    DATES SERVICES RENDERED *6/10 to present*

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME *Chris Fierro 55 Northern Blvd Ste 404*ADDRESS *Great Neck, NY 11021*

*Jacqulyn S. Loftin, Esq c/o LaMonica, Herbst & Maniscalco, LP 3305 Jerusalem Ave Wantagh, NY 11793*

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS    DATE ISSUED
*Capital One Bank    1615 Northern Blvd Manhasset, NY 11030    January 2008*

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY *Monthly statements from warehouse throughout 2012*    INVENTORY SUPERVISOR *Grimes Logistic Services - Nail Porter*    DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) *$500,000 +/-*

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY *Monthly statements from warehouse throughout 2012*    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS *a) Grimes Logistics Services 600 N. Ellis Rd Jacksonville, FL 32254 b) ITP, LTD 1010 Northern Blvd Great Neck, NY 11021*

**21. Current Partners, Officers, Directors and Shareholders**

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS    NATURE OF INTEREST    PERCENTAGE OF INTEREST

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS    TITLE    NATURE AND PERCENTAGE OF STOCK OWNERSHIP

1) *Jeffrey Avo Uvezian    President    25% Shares*
   *150 Oysterbay Rd.*
   *Locust Valley, NY*
2) *Mikael Vardanyan 1560    Vice President    25% Shares*
3) *JMP Finance Corp.    Shareholder    50% Shares*
   *Geneva, Switzerland*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Robert Missirian | Vice President Shareholder | 2010 (?) |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|
| Jeffrey AuoUvezian 150 Oyster Bay Rd Locust Valley, NY 11560 | 2012 Salary ITP, LTD | $25,500 |

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  9/20/12                    Signature  Jeffrey Auo Uvezian

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re __Int'l Tobacco Partners, Ltd__    Case No. __8-10-74894__
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re _In'l Tobacco Partners, LTD_ ,     Case No. _8 - 10 -74894_
              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. STATE OF MISSISSIPPI POB 1033 JACKSON, MS 39215 | | | UNPAID NPM EQUITY FEE WITH INTEREST JULY 2011 (?) | | | | $5,190.18 | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet _____ of _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) $5,190.18

Total (Report on Summary of Schedules) $5,190.18

B6F (Official Form 6F) (12/07)

In re _INT'L TOBACCO PARTNERS, LTD_          Case No. _8-10-74894_
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>PRIMMER, Piper et al<br>P.O. Box 1489<br>150 South Champlain St.<br>Burlington, VT  05402 | | | | | legal fees | | | | $671.00 |
| Account No.<br><br>Seyfarth Shaw LLP<br>620 Eight Avenue<br>New York, NY 10018-1405 | | | | | legal fees for Representation of CITLAND LTD. | | | | $25,000.00 |
| Account No.<br><br>USDA<br>Beacon Facility Mail Stop<br>8568<br>Po Box 419205<br>Kansas City, MO  64141 | | | | | Tobacco Buyout Assessments (APPROX $1,200,000 owed to filing date and $1,600,000 owed in future after filing) | | | | $2,800,000 |
| Account No.<br><br> | | | | | | | | | |

|  | | | | continuation sheets attached SEE ATTACHED LIST OF UNPAID CREDITOR DIP OBLIGATIONS | Subtotal (Total of this page) | | | | $2,800,000 |

**List of Unpaid Creditor DIP Obligations**

| Vendor Name | Vendor Address | Total Owed |
|---|---|---|
| ADP | 2 Huntington Quadrangle, Melville, NY 11747 | $ 74.75 |
| Capital One, N.A. | PO Box 1439, Mattituck, NY 11952 | $ 454.65 |
| Capital One Leasing | PO Box 1439, Mattituck, NY 11952 | $ 4,700.00 |
| Corporation Service Company | 2711 Centerville Rd, Suite 400, Wilmington, DE 19808 | $ 2,858.36 |
| CT Corporation | PO Box 4349, Carol Stream, IL 60197 | $ 150.00 |
| Dept of the Treasury (TTB) | 8002 Federal Office Building, 550 Main St, Cincinnati, OH 45202 | $ 12,909.74 |
| Eastern Bank | 605 Broadway LF 42, Saugus, MA 01906 | $ 51,936.67 |
| FDA | PO Box 70963, Charlotte, NC 28272 | $ 100,000.00 |
| Grimes Warehousing | 600 North Ellis Rd, Jacksonville, FL 32296 | $ 4,685.15 |
| Horizon Blue Cross | PO Box 1738, Newark, NJ 07101 | $ 92.40 |
| John S James | 1739 E 11th St, Jacksonville, FL 32206 | $ 6,822.39 |
| Katz, Fierro & Felderman, LLP | 55 Northern Blvd, Great Neck, NY 11021 | $ 31,440.00 |
| LPC | 91 Larkins Williams Ind Ct, Fenton, MO 63026 | $ 987,000.00 |
| MSA for GT & IMT Escrow | | $ 758,204.38 |
| Netsource Partners LLC | 145 Wynsum Ave, Merrick, NY 11556 | $ 3,432.56 |
| Optimum Business | 1111 Stewart Ave, Bethpage, NY 11714 | $ 891.50 |
| Poland Spring | #215, 6661 Dixie Hwy, Suite 4, Louisville, KY 40258 | $ 2.96 |
| RMS/UPS | PO Box 20543, Lehigh Valley, PA 18002 | $ 2,403.47 |
| Sachs & Associates | 1425 RXR Plaza, Uniondale, NY 11556 | $ 25,000.00 |
| Schmergel Enterprises | 1010 Northern Blvd, Suite 200, Great Neck, NY 11021 | $ 14,843.60 |
| SpecComm International | 3101 Poplarwood Ct, Suite 115, Raleigh, NC 27604 | $ 152.25 |
| Staples Credit Plan | PO Box 689020, Des Moines, IA 50368 | $ 328.21 |
| State of Mississippi | PO Box 1033, Jackson, MS 39215 | $ 5,190.18 |
| Stinson, Morrison, Hecker, LLP | 1201 Walnut St, Kansas City, MO 64106 (Judges order - $9304.00) | $ 11,630.00 |
| U.S. Trustee | 560 Federal Plaza, Central Islip, NY 11722 | $ 13,975.00 |
| United Healthcare Oxford | 48 Monroe Tpke, Trumbull, CT 06611 | $ 14,827.39 |
| UPS Freight | PO Box 533238, Charlotte, NC 28290 | $ 4,573.87 |
| USDA | 1400 Independence Ave, SW, Washington, DC 20250 | $ 321,000.00 |
| Vintage Rockefeller Cigar Group | 480 Forest Ave, Suite 526, Locust Valley, NY 11560 | $ 45,000.00 |
| Westy Self Storage | 2400 Marcus Ave, Lake Success, NY 11042 | $ 398.00 |
| | | $ 2,424,377.49 |

B6G (Official Form 6G) (12/07)

In re _Int'l Tobacco Partners, Ltd._     Case No. 8-10-74894
                                 Debtor

## SCHEDULE G -- EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| The 1010 Company<br>1010 Northern Blvd<br>Great Neck, NY 11021 | Lease Suite 240 |
| Westy Storage<br>Lake Success, NY | Storage unit for Inventory |

___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re _Int'L Tobacco Partners, LTD._
                     Debtor

Case No. _8-10-74894_

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Fourth Tier Investors LLC<br>480 Forest Avenue<br>Locust Valley, NY 11560 | THE 1010 COMPANY<br>1010 Northern Blvd<br>Great Neck, NY 11024 |
| JAF, LLC<br>480 Forest Avenue<br>Locust Valley, NY 11560 | THE 1010 COMPANY<br>1010 Northern Blvd<br>Great Neck, NY 11021 |
| Jeffrey Ano Vuezian<br>480 Forest Avenue<br>Locust Valley, NY 11560 | Capital One<br>Equipment + Leasing<br>PO Box 1439<br>Mattituck, NY 11952 |

_____ continuation sheets attached to Schedule of Codebtors

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re _INT'L TOBACCO PARTNERS, LTD._
Debtor(s)

Case No. _8-10-74894_

Chapter _7_

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | | |
|---|---|---|---|
| $10,279,000 | SALES 2009 | $3,036,000 | SALES 2010 |
| $12,300,000 | SALES 2008 | $2,786,750 | SALES 2011 |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $65,700 | MSA ESCROW 2008 |
| $11,300 | MSA ESCROW 2009 |
| $26,000 | MSA ESCROW 2010 |

2

**3. Payments to creditors**

None
■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| JEFFREY AND UVEZIAN 480 FOREST AVE LOCUST VALLEY, NY 11560 | BI WEEKLY (2012) | $25,500 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Citland v. ITP, LTD | GOODS SOLD And Delivered | US DISTRICT COURT - CENTRAL ISLIP, NY | STAYED /PENDING |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| SACHS +ASSOCS, PLLC EAST TOWER, 18TH FLOOR NY, NY 10021 | $175, 086.16 (SEE ATTACHED LEDGER) | |

**10. Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| BANK OF AMERICA LLEN COVE, NY | MONEY MARKET | SEPT. 2009 |
| CAPITAL ONE BANK MANHASSET, NY | acct # 7142870341 MONEY MARKET | DEC. 2011 |

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

Date:    09/20/2012                    INTERNATIONAL TOBACCO PARTNERS LTD.                                  Page  1
                                                  General Ledger                                        Client: LTD
                                          Jan.  1, 2011 To Dec. 31, 2011                              F/y/e Dec. 31, 2011

| Account | Reference | Source | Description | Date | Debit | Credit | Balance |
|---------|-----------|--------|-------------|------|-------|--------|---------|
| 367 | Balance Forward | LEGAL FEES | | | | | .00 |
| | C/D | 0000001080 7058 | SACHS AND ASSOCIATES | 01/26/2011 | 11,500.00 | | 11,500.00 |
| | C/D | 0000001196 7098 | SACHS AND ASSOCIATES | 02/25/2011 | 11,500.00 | | 23,000.00 |
| | C/D | 0000001295 7104 | GAVIN LAW OFFICES | 03/07/2011 | | | 23,000.00 |
| | C/D | 0000001328 7137 | SACHS AND ASSOCIATES | 03/25/2011 | 11,500.00 | | 34,500.00 |
| | C/D | 0000001530 7185 | SACHS AND ASSOCIATES | 05/06/2011 | | | 34,500.00 |
| | C/D | 0000001531 7186 | SACHS AND ASSOCIATES | 05/11/2011 | 30,000.00 | | 64,500.00 |
| | C/D | 0000001638 7221 | SACHS AND ASSOCIATES | 06/30/2011 | 9,888.00 | | 74,388.00 |
| | C/D | 0000001737 7253 | SACHS AND ASSOCIATES | 07/25/2011 | 9,888.00 | | 84,276.00 |
| | C/D | 0000001905 6947. | CORPORATION SERVICE | 08/01/2011 | | 215.84 | 84,060.16 |
| | C/D | 0000001864 7293 | SACHS AND ASSOCIATES | 08/16/2011 | 5,000.00 | | 89,060.16 |
| | C/D | 0000002876 7305 | GAVIN LAW OFFICES | 08/24/2011 | 3,138.00 | | 92,198.16 |
| | C/D | 0000001998 7317 | SACHS AND ASSOCIATES | 09/09/2011 | 4,888.00 | | 97,086.16 |
| | C/D | 0000002008 7328 | SACHS AND ASSOCIATES | 09/12/2011 | 20,000.00 | | 117,086.16 |
| | C/D | 0000002177 7358 | SACHS AND ASSOCIATES | 10/21/2011 | 19,000.00 | | 136,086.16 |
| | C/D | 0000002311 7398 | SACHS AND ASSOCIATES | 11/14/2011 | 19,000.00 | | 155,086.16 |
| | ~~C/D~~ | ~~0000002349 7406~~ | ~~ANDREA ECKLE~~ | ~~11/23/2011~~ | ~~355.75~~ | | ~~155,441.91~~ |
| | C/D | 0000002434 7433 | SACHS AND ASSOCIATES | 12/21/2011 | 20,000.00 | | 175,441.91 |
| | Ending Balance | | | | | | 175,441.91 |

                                          Total Debits              Total Credits
                                          175,657.75                   215.84

                        Total  = $ 175,086.16

5

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR               DATE OF SETOFF                    AMOUNT OF SETOFF


### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER       DESCRIPTION AND VALUE OF PROPERTY       LOCATION OF PROPERTY


### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS
*1010 NORTHERN BLVD*
*STE 318*
*GREAT NECK, NY 11021*

NAME USED
*INT'L TOBACCO PARTNERS LTD*

DATES OF OCCUPANCY
*MAY 2007 TO*
*JUNE 2008*

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME


### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six
years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six
years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None
☐ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or
supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS *CHRIS FIERO  55 Northern Blvd Ste 404 Great Nick NY 11021*    DATES SERVICES RENDERED *2007 to Present*

*SAM IOVINO  24 BRYCE AVE Glen Cove NY 11542  7/2010 to 9/5/2012*

None ☐  b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME *Chris Fiero*    ADDRESS *55 Northern Blvd Ste 404 Great Nick NY 11021*    DATES SERVICES RENDERED *6/10 to Present*

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

*Chris Fiero  55 Northern Blvd Ste 404*  ADDRESS *Great Nick, NY 11021*

*Jacqulyn S. Loftin, Esq c/o LAMONICA, Herbst & Maniscalco, LP 3305 Jerusalem Ave Wantagh, NY 11793*

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

NAME AND ADDRESS    DATE ISSUED

*CAPITAL ONE BANK  1615 Northern Blvd Manhasset, NY 11030  January 2008*

**20. Inventories**

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY    INVENTORY SUPERVISOR    DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

*MONTHLY STATEMENTS FROM WAREHOUSE throughout 2012*    *Grimes Logistic Services - Neil Porter*    *$500,000 +/-*

None ☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

*MONTHLY STATEMENTS FROM WAREHOUSE throughout 2012*    *a) Grimes Logistic Services 600 N. Ellis Rd Jacksonville, FL 32254  b) ITP, LTD 1010 Northern Blvd Great Neck, NY 11021*

**21. Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS    NATURE OF INTEREST    PERCENTAGE OF INTEREST

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS    TITLE    NATURE AND PERCENTAGE OF STOCK OWNERSHIP

1) *JEFFREY AU GUZMAN 150 OYSTERBAY RD. LOCUST VALLEY, NY*    *PRESIDENT*    *25% SHARES*

2) *MIKAEL VARDANYAN, 11560*    *VICE PRESIDENT*    *25% SHARES*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

3) *JMP FINANCE CORP. GENEVA, SWITZERLAND)*    *SHAREHOLDER*    *50% SHARES*